# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 30, 2022

## NO. 03-21-00394-CV

**Enterprise Center Giddings, L.L.C., Appellant**

**v.**

**Connie Buscha, Appellee**

## APPEAL FROM THE 21ST DISTRICT COURT OF LEE COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH
## REVERSED AND REMANDED -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment signed by the trial court on June 15, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for further proceedings consistent with the Court's opinion. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.